# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ANGELA LEWIS, | CASE NO. 07cv726-L (WMc) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| CITY OF SAN DIEGO, et al., | |
| Defendant. | |

On June 4, 2007, the Court held an Early Neutral Evaluation Conference in the above captioned case. Participating were Doug Oden, Esq.(counsel for plaintiff), Mark Edelman, Esq.(counsel for defendants). Also participating were all individually named defendants and LeRoy Hostetler (defendants representative). No settlement was reached. Therefore, the Court issues the following Order:

1. Counsel for defendant shall file a Notice of Related Case on or before June 8, 2007.

2. Plaintiff shall keep her most recent counteroffer open until June 11, 2007 (close of business).

3. Counsel for both parties shall meet and confer via telephone on the related case of **Thompson v. City of San Diego**.

////

////

////

1       4.  A telephonic status will be held on **June 15, 2007, at 4:45 p.m.  <u>Attorney Edelman is
2 ordered to initiate the call by first telephoning opposing counsel and then telephoning the Court
3 at 619-557-6624.</u>**

4       IT IS SO ORDERED.

5 DATED: June 4, 2007

                                         Hon. William McCurine, Jr.
                                         U.S. Magistrate Judge
                                         United States District Court