1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANGELA R. LEWIS | ) | Civil No. 07cv 726 L (WMC) |
| | ) | |
| | ) | ORDER   GRANTING JOINT MOTION FOR DISMISSAL |
| Plaintiff, | ) | WITH PREJUDICE [doc. # 13] |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF SAN DIEGO, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

THE PARTIES IN THE ABOVE ENTITLED MATTER, Plaintiff Angela R. Lewis by and through her attorney Douglas A. Oden, and Defendant, City of San Diego, Todd Baker, Kevin Wadhams and Daniel Leach by and through their attorney, Donald F. Shanhan  stipulate to dismiss this action in its entirety with prejudice.  This stipulation is entered into in accordance

///
///
///
///
///
///
///
///

with Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side will bear its own costs and attorneys' fees. Accordingly, the parties' joint motion to dismiss the action with prejudice is **GRANTED.**

    **IT IS SO ORDERED.**

DATED: October 10, 2007

                                              M. James Lorenz
                                              United States District Court Judge

COPIES TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL